IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES RANDALL
PERMENTER,

        Petitioner,

v.

KIMBERLY BARILEY
SCHULTZ,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0993

Opinion filed June 6, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction

James Randall Permenter, pro se, Petitioner.

No response for Respondent.

PER CURIAM.

      The petition for writ of mandamus is denied.  See Smartt v. First Union Nat'l Bank, 771 So. 2d 1232 (Fla. 5th DCA 2000).

WETHERELL, RAY, and MAKAR, JJ., CONCUR.